IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

        Plaintiff,                           No.  CIV S-12-0166 KJM GGH P

    vs.

TIM VIRGA, et al.,

        Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding with retained counsel.  He seeks relief pursuant to 42 U.S.C. § 1983 and has paid the filing fee.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff states that he was transferred from California State Prison-Sacramento (CSP-Sac) to Pelican Bay State Prison (PBSP), but his life is in danger at PBSP.  Plaintiff seeks to be transferred back to CSP-Sac.  Plaintiff also states that staff at CSP-Sac took his prescription sunglasses and as a result he has been unable to go outside as the sun causes migraine headaches.  Plaintiff seeks injunctive relief, a return to CSP-Sac and his sunglasses, and monetary damages.  However, the only named defendants are the Warden of CSP-Sac and the California Department of Corrections.  With respect to the transfer, plaintiff has failed to identify a defendant who can provide relief as it does not appear the warden of CSP-Sac has the ability to order a transfer from

1  PBSP and the entity itself is not a proper defendant. With respect to the sunglasses claim,
2  plaintiff has failed to identify anyone who actually took the sunglasses.
3        Within twenty-one days, plaintiff shall show cause why the claims in the original
4  complaint should not be screened out, or plaintiff may file an amended complaint.
5        In accordance with the above, IT IS HEREBY ORDERED that within twenty-one
6  days, plaintiff shall show cause why the claims in the original complaint should not be screened
7  out, or plaintiff may file an amended complaint.
8  DATED: February 6, 2012
9      /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE
10 GGH: AB
   mill0166.osc