1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  BENJAMIN R. DORE, State Bar No. 274199
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-7397
6   Fax: (916) 324-5205
    E-mail: Benjamin.Dore@doj.ca.gov
7  *Attorneys for Defendant Murray*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

| | |
|---|---|
| **JOSHUA DANIEL MILLS,** | 2:12-cv-0166 KJM AC |
| Plaintiff, | **STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| **VIRGA, et al.,** | |
| Defendants. | |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

1

1  The parties agree and stipulate that the deadline to respond to Plaintiff's Amended
2  Complaint may be extended for forty-five days, to and including May 17, 2013.

3  Dated:  March 28, 2013                    KAMALA D. HARRIS
                                             Attorney General of California
4
                                             ___/s/ Benjamin R. Dore___.
5                                            BENJAMIN R. DORE
                                             Deputy Attorney General
6                                            *Attorneys for Defendant Murray*

7

8  Dated:  March 28, 2013                    Law Offices of Julia M. Young

9                                            ___/s/ Julia M. Young___.
                                             Julia M. Young
10

11  IT IS SO ORDERED.

12

13  Dated:  March 28, 2013                   *[signature: Allison Claire]*

14                                           UNITED STATES MAGISTRATE JUDGE

15

16  SA2013308514
    31653187.doc
17

18

19

20

21

22

23

24

25

26

27

28

2