1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  BENJAMIN R. DORE, State Bar No. 274199
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-7397
6   Fax:  (916) 324-5205
    E-mail:  Benjamin.Dore@doj.ca.gov
7  *Attorneys for Defendant Murray*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

13  **JOSHUA DANIEL MILLS,**                    2:12-cv-0166 KJM AC

                               Plaintiff,    **STIPULATION FOR FIRST EXTENSION
14                                            OF TIME TO RESPOND TO
          v.                                  PLAINTIFF'S AMENDED COMPLAINT**
15

16  **VIRGA, et al.,**

17                              Defendants.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
                                1

Stipulation for First Extension of Time to Respond to Plaintiff's Amended Complaint  (2:12-cv-0166 KJM AC)

1    The parties agree and stipulate that the deadline to respond to Plaintiff's Amended

2    Complaint may be extended for forty-five days, to and including May 17, 2013.

3    Dated:  March 28, 2013                         KAMALA D. HARRIS
                                                     Attorney General of California
4
                                                     ___/s/ *Benjamin R. Dore*_____ .
5                                                    BENJAMIN R. DORE
                                                     Deputy Attorney General
6                                                    *Attorneys for Defendant Murray*

7

8    Dated:  March 28, 2013                         Law Offices of Julia M. Young

9                                                    ___/s/ *Julia M. Young*_____ .
                                                     Julia M. Young
10

11   IT IS SO ORDERED.

12

13   Dated:  March 28, 2013

14                                                   UNITED STATES MAGISTRATE JUDGE

15

16   SA2013308514
     31653187.doc
17

18

19

20

21

22

23

24

25

26

27

28
                                            2