1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  BENJAMIN R. DORE, State Bar No. 274199
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-7397
6   Fax:  (916) 324-5205
    E-mail:  Benjamin.Dore@doj.ca.gov
7  *Attorneys for Defendant Holloway and Murray*

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

| | |
|---|---|
| **JOSHUA DANIEL MILLS,** | 2:12-cv-0166 KJM AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **VIRGA, et al.,** | Date:  Currently set for July 17, 2013 |
| Defendants. | **New Hearing Date:  July 24, 2013**<br>Time:       10:00 a.m.<br>Dept:       26<br>Judge:     Allison Claire |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1

Defendant's Motion to Dismiss Plaintiff's Complaint is scheduled for hearing before this Court on July 17, 2013. Defendants' counsel is unavailable on that date and requested that Plaintiff's counsel agree to continue the hearing on Defendants' Motion to Dismiss for one week.

The parties agree and stipulate that the hearing on Defendants' Motion to Dismiss should be continued to July 24, 2013.

Dated:  June 4, 2013                           KAMALA D. HARRIS
                                               Attorney General of California

                                               */s/ Benjamin R. Dore*

                                               BENJAMIN R. DORE
                                               Deputy Attorney General
                                               *Attorneys for Defendant Holloway and Murray*


Dated:  June 4, 2013                           Law Offices of Julia M. Young

                                               */s/ Julia M. Young*

                                               Julia M. Young


IT IS SO ORDERED.

Dated: June 4, 2013                            _____
                                               UNITED STATES MAGISTRATE JUDGE

SA2013308514
31653187.doc

2